UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JEANMARIE ENDERES,

                Plaintiff,

      -v-

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
----------------------------------------------------------------X

20 CIVIL 5224 (OTW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 8, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the ALJ will be directed to offer the claimant an opportunity for a de novo hearing, take any further action needed to complete the administrative record, and issue a de novo decision.

Dated: New York, New York
           February 9, 2021

                                              RUBY J. KRAJICK

                                                  Clerk of Court

                          BY:

                                                       **Deputy Clerk**